No. 13,672.

CAWLEY *v.* CAWLEY.
(43 P. [2d] 1118)

Decided March 25, 1935.   Rehearing denied April 15, 1935.

Judgment affirmed in department on application for supersedeas without written opinion, Mr. Chief Justice Butler, Mr. Justice Burke and Mr. Justice Young participating.

Mr. BENJAMIN C. HILLIARD, JR., for plaintiff in error.

Mr. FOSTER CLINE, Mr. GEORGE A. TROUT, for defendant in error.